**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | Case No: | 20-00410 |
| Eric Williams | ) | | |
| Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | A. Benjamin Goldgar |

**AMENDED NOTICE OF HEARING**

**To:**   Eric Williams, 5415 W North Ave., Unit A, Chicago, IL, 60639

Marilyn O. Marshall, 224 S. Michigan Ave., Suite 800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101

Internal Revenue Service Mail Stop CH1 230 S. Dearborn, Chicago, IL 60604

Attorney General of the United Stated Tax Division (DOJ) PO Box 55 Ben Franklin Station, Washington, DC 20530

Civil Process Clerk, Office of the United States Attorney for the Northern District of Illinois, 219 S. Dearborn, 5th Floor, Chicago, IL 60604

**PLEASE TAKE NOTICE** that on **April 7th, 2020 at 1:30 p.m.**, I shall appear before the Honorable Judge A. Benjamin Goldgar in 219 S. Dearborn St., Courtroom 642, Chicago, IL and then and there present the attached **OBJECTION TO THE CLAIM OF THE INTERNAL REVENUE SERVICE**, a copy of which is attached hereto. A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

**By:**   __/s/ David Kosk_____
David  Kosk

**CERTIFICATE OF SERVICE**

I, David Kosk, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Suite 3400, Chicago, Illinois, on March 20, 2020.

**By:**   ___/s/ David Kosk_____
David  Kosk

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800  (Fax):  877.247.1960